### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS BRYANT<br>on behalf of himself individually,<br>and ALL OTHERS SIMILARLY<br>SITUATED<br><br>Plaintiff,<br><br>v.<br><br>ADEX CORPORATION<br>Defendant. | § § § § § § § § § § § § § § § CIVIL ACTION NO. 1:18-cv-01282<br><br>COLLECTIVE ACTION UNDER<br>29 U.S.C. §216(b) |

### ORDER APPROVING SETTLEMENT

Before the Court is the Joint Motion for Order Approving Fair Labor Standards Act Collective Action settlement pursuant t to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Motion, are a fair and reasonable resolution of a bona fide dispute between the FLSA Class Members (*i.e.*, the Named Plaintiff and those individuals who elected to participate in this case as opt-in plaintiffs, as identified by names in the Settlement Agreement) and the Defendant Adex Corporation, that the Attorney's Fees and Expenses Payment requested in the Motion are reasonable, that the Service Award requested in the Motion is reasonable, and that the settlement of the claims as to the FLSA Class Members according to the procedure set forth in the Settlement Agreement is therefore approved. The Parties shall administer the settlement of the claims of the FLSA Class Members as set forth in the Settlement Agreement.

The Court therefore orders that this action is discontinued and the claims of the Plaintiff and the FLSA Class Members are DISMISSED WITH PREJUDICE

SO ORDERED.

DATE __9/6/19__

_Paul A. Engelmayer_
**JUDGE PRESIDING**